**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | | |
|---|---|---|
| AKOUVI ADJESSOM, individual and as Administratrix of the ESTATE OF RANDALL ADJESSOM, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CASE NO. 1:24-cv-00472-TFM-B |
| v. | ) ) | |
| CITY OF MOBILE, OSVIEL VIGOA-MARTINEZ, CHARLES DEGREER, GERALD RIPPLE, DAVID REYES, JALON ROBINSON, CHARLES HUNTER, CLINTON LAW, CAITLYN WILLIAMS, SCOTT HANK, ROBERT DAVIS, DARYL GIPSON, KYLE CARAG, PHILIP MORRIS, JOSH EVANS, STEVEN LASTER, JONATHAN MYERS, BLAKE TILLMAN, STEVEN GUIDRY, BRIAN RIVERS, CHRISTIAN BRYANT, JORDAN SOTO, OLIVER SIMPSON, AND ELIZABETH LOWRY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING OF EVIDENTIARY MATERIALS
IN SUPPORT OF THE POLICE OFFICER DEFENDANTS'
MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF**

Defendants Charles DeGeer, Gerald Ripple, David Reyes, Jalon Robinson, Clinton Law, Scott Hanks, Robert Davis, Daryl Gipson, Kyle Carag, Josh Evans, Steven Laster, Jonathan Myers, Blake Tillman, Steven Guidry, Brian Rivers, Christian Bryant, Jordan Soto, Oliver Simpson, Elizabeth Lowry, Charles Hunter, Philip Morris, and Caitlyn Williams (collectively, the "Police Officer Defendants"), by and through undersigned counsel of record, hereby files the following evidentiary materials in support of its *Memorandum In Support of the Police Officer Defendants' Motion to Dismiss* (Doc. 79):

1

**EXHIBITS**

| Exhibit Number | Description | Format |
|---|---|---|
| 1 | Officer Guidry's Body Worn Camera ("BWC"): Axon_Body_3_Video_2023-11-13_0538_X6039CGEE.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |
| 2 | Officer Myers' BWC: Axon_Body_3_Video_2023-11-13_0538_X6039CH2E.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |
| 3 | Officer Bryant's BWC: Axon_Body_3_Video_2023-11-13_0538_X6039CJ9S.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |
| 4 | Officer Hanks' BWC: Axon_Body_3_Video_2023-11-13_0538_X6039C7AD.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |
| 5 | Officer Gipson's BWC: Axon_Body_3_Video_2023-11-13_0538_X6039C7DA.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |
| 6 | Officer Carag's BWC: Axon_Body_3_Video_2023-11-13_0538_X6039CFYQ.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |

Respectfully submitted this the 1st day of August, 2025.

/s/ *Robert B. Reasonover*
RAYMOND L. BELL
MARK L. REDDITT
J. MARSHALL GARDNER
MAYNARD NEXSEN PC
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama  36602

2

Telephone: (251) 432-0001
rbell@maynardnexsen.com
mredditt@maynardnexsen.com
mgardner@maynardnexsen.com
rreasonover@maynardnexsen.com
*Attorneys for Defendants Charles DeGeer,*
*Gerald Ripple, David Reyes, Jalon Robinson,*
*Clinton Law, Scott Hanks, Robert Davis,*
*Daryl Gipson, Kyle Carag, Josh Evans,*
*Steven Laster, Jonathan Myers, Blake*
*Tillman, Steven Guidry, Brian Rivers,*
*Christian Bryant, Jordan Soto, Oliver*
*Simpson, Elizabeth Lowry, Charles Hunter,*
*Philip Morris, and Caitlyn Williams*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

/s/ *Robert B. Reasonover*
ROBERT B. REASONOVER

3

# Exhibit 1

## Guidry Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

FILED PURSUANT TO PENDING MOTION TO SEAL

# Exhibit 2

## Myers Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

## FILED PURSUANT TO PENDING MOTION TO SEAL

# Exhibit 3

## Bryant Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

### FILED PURSUANT TO PENDING MOTION TO SEAL

# Exhibit 4

Hanks Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

FILED PURSUANT TO PENDING MOTION TO SEAL

# Exhibit 5

## Gipson Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

**FILED PURSUANT TO PENDING MOTION TO SEAL**

# Exhibit 6

## Carag Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

**FILED PURSUANT TO PENDING MOTION TO SEAL**