IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AKOUVI ADJUESSOM, individual and as Administratrix of the ESTATE OF RANDALL ADJUESSOM,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MOBILE, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIV. ACT. NO. 1:24-cv-472-TFM-B<br>)<br>)<br>)<br>) |

## ORDER

Pending before the Court is *The Police Officer Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint* (Doc. 78, filed 8/1/25). Plaintiff is **ORDERED** to show cause on or before **August 25, 2025** why the motion should not be granted. Defendants have until **September 3, 2025** to file any reply they wish to file. The motion shall be taken under submission on that date for determination without oral argument unless the Court later determines oral argument is necessary.

All parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned should they exceed fifty (50) pages (including exhibits). The courtesy copies shall be delivered within 5 days of their electronic filing.

In light of the pending motion to dismiss filed pursuant to Fed. R. Civ. P. 12(b) with the assertion of qualified immunity, the Court suspends the requirement for **these Defendants** confer under Fed. R. Civ. P. 26(f)(1) and the Motion to Stay Rule 26 Discovery Obligations (Doc. 59) is **GRANTED**. This has no impact on the Defendant City of Mobile's Motion to Stay Monell

Discovery (Doc. 63) or the motion for protective order (Doc. 60) which remain pending before the Magistrate Judge. Nor does it impact proceeding with partial discovery as it relates to the remaining Defendant Osviel Vigoa-Martinez. At the very least partial discovery may proceed in this case and the undersigned leaves it to the Magistrate Judge to determine the full scope of that partial discovery.

**DONE** and **ORDERED** this 4th day of August 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE