# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AKOUVI ADJESSOM, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF RANDALL ADJESSOM, DECEASED ) ) ) ) **Plaintiff,** ) ) v. ) ) CITY OF MOBILE, et al., ) ) **Defendants.** ) | **CIVIL ACTION NO. 1:24-CV-00472-TFM-B** |

## NOTICE OF FILING OF EVIDENTIARY MATERIALS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO POLICE OFFICER DEFENDANTS' MOTION TO DISMISS

Plaintiff, Akouvi Adjessom, individually and as Administratrix of the Estate of Randall Adjessom, Deceased, by and through undersigned counsel, hereby files the following evidentiary materials in support of her *Brief in Opposition to Police Officer Defendants' Motion to Dismiss*:

**EXHIBITS**

| Exhibit Number | Description | Format |
|---|---|---|
| A | Officer Blake Tillman Body Worn Camera ("BWC"): COM 00015 – Confidential.mp4 | Delivered to the Court by conventional means to be PROVISIONALLY SEALED per this Court's Order dated July 22, 2025 (Doc. 75) |
| B | Officer Osviel Vigoa-Martinez Body Worn Camera ("BWC"): COM 00014 – Confidential.mp4 | Delivered to the Court by conventional means to be PROVISIONALLY SEALED per this Court's Order dated July 22, 2025 (Doc. 75) |

| | | |
|---|---|---|
| C | Officer Brian Rivers Body Worn Camera ("BWC"): COM 0006 – Confidential.mp4 | Delivered to the Court by conventional means to be PROVISIONALLY SEALED per this Court's Order dated July 22, 2025 (Doc. 75) |
| D | *Corbett v. Renegade Termite & Pest Control, Inc.*, No. 8:10-cv-1438-T-30MAP, 2010 WL 3447539 (M.D. Fla. Aug. 30, 2010) | Electronically filed with the Court via *Pacer* |
| E | *U.S. v. Crumb*, No. CV 15-0655-WS-N, 2016 WL 4480690, at *9 (S.D. Ala. Aug. 24, 2016) (internal citations and quotations omitted) (not reported in Fed. Supp.) | Electronically filed with the Court via *Pacer* |

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

Dated: September 8, 2025

*/s/ Cynthia B. Morgan*
Elizabeth A. Bailey
Steven A. Medina
Cynthia B. Morgan
123 Justison Street
Wilmington, DE 19801
302-622-7086
ebailey@gelaw.com
smedina@gelaw.com
cmorgan@gelaw.com

**BUCHANAN LAW FIRM, P.C.**

Jerry A. Buchanan, Esquire
233 12th Street
Suite 614
Columbus, GA 31901
706-323-2848
Alabama Bar# 9094U75J
jab@thebuchananlawfirm.com

*Attorneys for Plaintiff Akouvi Adjessom, individually and as administratrix of the Estate of Randall Adjessom*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on September 8, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

/s/ Cynthia B. Morgan
CYNTHIA B. MORGAN
