IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| AKOUVI ADJESSOM, individual and as Administratrix of the ESTATE OF RANDALL ADJESSOM, deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF MOBILE, OSVIEL VIGOA-MARTINEZ, CHARLES DEGREER, GERALD RIPPLE, DAVID REYES, JALON ROBINSON, CHARLES HUNTER, CLINTON LAW, CAITLYN WILLIAMS, SCOTT HANK, ROBERT DAVIS, DARYL GIPSON, KYLE CARAG, PHILIP MORRIS, JOSH EVANS, STEVEN LASTER, JONATHAN MYERS, BLAKE TILLMAN, STEVEN GUIDRY, BRIAN RIVERS, CHRISTIAN BRYANT, JORDAN SOTO, OLIVER SIMPSON, AND ELIZABETH LOWRY,<br><br>　　Defendants. | CASE NO. 1:24-cv-00472-TFM-B |

## NOTICE OF FILING OF EVIDENTIARY MATERIALS FOR THE REPLY BRIEF IN SUPPORT OF THE POLICE OFFICER DEFENDANTS' MOTION TO DISMISS

Defendants Charles DeGeer, Gerald Ripple, David Reyes, Jalon Robinson, Clinton Law, Scott Hanks, Robert Davis, Daryl Gipson, Kyle Carag, Josh Evans, Steven Laster, Jonathan Myers, Blake Tillman, Steven Guidry, Brian Rivers, Christian Bryant, Jordan Soto, Oliver Simpson, Elizabeth Lowry, Charles Hunter, Philip Morris, and Caitlyn Williams (collectively, the "Police Officer Defendants"), by and through undersigned counsel of record, hereby files the following evidentiary materials in support of *The Police Officer Defendants' Reply in Support its Motion to Dismiss*:

1

**EXHIBITS**

| Exhibit Number | Description | Format |
|---|---|---|
| 1 | Officer Morris' Body Worn Camera ("BWC"): Axon_Body_3_Video_2023-11-13_0538_X6039CH9F.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |
| 2 | Officer Laster's BWC: Axon_Body_3_Video_2023-11-13_0538_X6039CGBH.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |
| 3 | Officer Simpson's BWC: Axon_Body_3_Video_2023-11-13_0538_X6039CAH0.mp4 | Video authenticated by affidavit and delivered to the Court via conventional means |

Respectfully submitted this the 1st day of October 2025.

/s/ *Robert B. Reasonover*
RAYMOND L. BELL
MARK L. REDDITT
J. MARSHALL GARDNER
MAYNARD NEXSEN PC
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama  36602
Telephone: (251) 432-0001
rbell@maynardnexsen.com
mredditt@maynardnexsen.com
mgardner@maynardnexsen.com
rreasonover@maynardnexsen.com
*Attorneys for Defendants Charles DeGeer, Gerald Ripple, David Reyes, Jalon Robinson, Clinton Law, Scott Hanks, Robert Davis, Daryl Gipson, Kyle Carag, Josh Evans, Steven Laster, Jonathan Myers, Blake Tillman, Steven Guidry, Brian Rivers, Christian Bryant, Jordan Soto, Oliver Simpson, Elizabeth Lowry, Charles Hunter, Philip Morris, and Caitlyn Williams*

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 1, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

                                        /s/ *Robert B. Reasonover*
                                        ROBERT B. REASONOVER

# Exhibit 1

## Morris Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

**FILED PURSUANT TO PENDING MOTION TO SEAL**

5

# Exhibit 2

Laster Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

FILED PURSUANT TO PENDING MOTION TO SEAL

# Exhibit 3

Simpson Body-Worn Camera Video
(This exhibit is filed conventionally on a thumb drive)

FILED PURSUANT TO PENDING MOTION TO SEAL